# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

**FILED**
**DEC 27 2011**
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

United States of America )
v. )
Timothy Groves )
) Case No: 5:04-CR-337-1BO
) USM No: 24838-056

Date of Original Judgment: 06/15/2005 )
Date of Previous Amended Judgment: 01/26/2009 ) Thomas P. McNamara
*(Use Date of Last Amended Judgment if Any)*   Defendant's Attorney

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 104 months **is reduced to** 76 months on each count, concurrent.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated June 15, 2005 shall remain in effect. **IT IS SO ORDERED.**

Order Date: 12-23-11

Judge's signature

Effective Date: _____    U.S. District Judge Terrence W. Boyle
*(if different from order date)*   Printed name and title